UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMUEL B. FOSTER, JR.,

                    Plaintiff,

    -v-

CITY OF NEW YORK,

                    Defendant.

CIVIL ACTION NO. 25 Civ. 5813 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for general pretrial management including scheduling, discovery, non-dispositive pretrial motions, and settlement.  (Dkt. No. 8).  On December 3, 2025, the Honorable Gregory H. Woods dismissed all claims brought by pro se Plaintiff Samuel B. Foster, Jr. ("Mr. Foster") against Defendant Department of Corrections ("DOC"), and construed Mr. Foster's complaint (Dkt. No. 1 (the "Complaint")) to assert claims against the City of New York (the "City").  (Dkt. No. 7).  Judge Woods also directed the Clerk of Court to notify the DOC and the New York City Law Department of the Order at Dkt. No. 7, requested that the City waive service of summons, and attached a copy of an amended complaint form for Mr. Foster's reference.  (Dkt. No. 7).

On or before **January 5, 2026**, Mr. Foster shall file an amended complaint (the "Amended Complaint") using the amended complaint form attached to Judge Woods' Order at Dkt. No. 7, (Dkt. No. 7 at 4–10), and shall name the City of New York as the defendant in this action.

As stated in Judge Woods' Order at Dkt. No. 7, should Mr. Foster discover the names of individual defendants who were personally involved in the underlying events, he may include

those individuals' names in the Amended Complaint, consistent with Federal Rule of Civil Procedure 15(c).  (Dkt. No. 7 at 2–3 n.2).  If Mr. Foster does not know the name of a defendant, he may refer to that individual as "John Doe" or "Jane Doe" in both the caption and the body of the Amended Complaint, with a description, such as "John Doe #1," and an explanation of how that person was involved.  (Id.)  Because Mr. Foster's Amended Complaint will completely replace, not supplement, the Complaint, any facts or claims that Mr. Foster wants to include from the Complaint must be repeated in the Amended Complaint.  (Id.)  Finally, the naming of John Doe defendants does not toll the three-year statute of limitations period governing this action, and Mr. Foster shall be responsible for ascertaining the true identity of any "John Doe" defendants and amending the Amended Complaint to include the identity of any "John Doe" defendants before the statute of limitations period expires.  (Id.)

Dated:      New York, New York
            December 4, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

2