UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMUEL B. FOSTER, JR.,

                Plaintiff,

   -v-

CITY OF NEW YORK,

                Defendant.

CIVIL ACTION NO. 25 Civ. 5813 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 10, pro se Plaintiff Samuel B. Foster, Jr. ("Mr. Foster") was required to file an amended complaint (the "Amended Complaint") by January 5, 2026 using the amended complaint form attached to Judge Woods' Order at Dkt. No. 7, (Dkt. No. 7 at 4–10), and naming the City of New York as the defendant in this action. (Dkt. No. 10).  To date, Mr. Foster has not filed the Amended Complaint. As a one-time courtesy, the Court sua sponte **EXTENDS** Mr. Foster's deadline to file the Amended Complaint, consistent with the instructions in the Court's Order at Dkt. No. 10, up to and including **February 11, 2026**.

The Clerk of Court is respectfully directed to mail a copy of this Order to:

Samuel B. Foster Jr.
DIN:24B4061
NYSID: 08830102N
Mid-State Correctional Facility
P.O. Box 2500
Marcy, NY 13403

Dated:     New York, New York
            January 12, 2026

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**